CRIMINAL PROCEEDINGS – **Sentencing**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

Judge B. Lynn Winmill  Date: August 14, 2024
Case No. 4:22-cr-282-BLW  Deputy Clerk: Jamie Gearhart
Place: Pocatello  ESR: Jamie Gearhart
 Time: 4:10 – 5:07 p.m.

UNITED STATES OF AMERICA vs BREK PILLING

Counsel for United States – Cassandra Barnum
Counsel for Defendant – David Nevin
Probation – Caitlyn O'Very (via Zoom)

(X) The Court reviewed the case history.
(X) The Court granted the Government's oral motion to dismiss the Indictment.
(X) Counsel made sentencing recommendations to the Court.
(X) Defendant made remarks on his own behalf.
(X) Adjusted offense level 13. Criminal history category I. Guideline range 12-18 months.
(X) The Court adopted the Presentence Report.
(X) Court addressed 3553(a) factors.

SENTENCE: Defendant is hereby placed on probation for a term of 5 years.

The defendant shall pay to the United States a special assessment of $25, which shall be due immediately.

The defendant shall pay to the United States a fine of $100,000, which shall be due immediately. The Court will waive the interest requirement.

During the term of probation, the defendant shall submit nominal monthly payments of 10% of gross income, but not less than $250 per month, unless further modified by the Court.

The defendant poses a low risk of future substance abuse, and the Court shall suspend immediate drug testing.

The defendant shall cooperate in the collection of DNA as directed by the probation officer.

The defendant shall comply with all mandatory, standard, and special conditions of supervised release as outlined in the Sentencing Recommendation (Dkt. 99).

For a period of 3 months, the defendant is restricted to the approved residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; Court appearances; Court-ordered obligations; or other activities as pre-approved by the probation officer. Location monitoring technology shall be utilized to monitor this restriction on the defendant's movement in the community as well as other Court-imposed conditions of release. The type of location monitoring technology shall be at the discretion of the probation officer and the defendant shall abide by all technology requirements. The cost to be paid in full by the defendant.

(X)  Defendant advised of penalties for violation of terms and conditions of probation.

(X)  Right to appeal explained.